| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Hajjar Business Holdings, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  22-3659371

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15-01 Broadway** <br> **Fair Lawn, NJ 07410** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Hajjar Business Holdings, LLC**                                              Case number (*if known*)
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                Relationship _____
District _____    When _____    Case number, if known _____

Debtor **Hajjar Business Holdings, LLC**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [✓] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [✓] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **Hajjar Business Holdings, LLC**               Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 13, 2020**
            MM / DD / YYYY

**X** */s/ John Hajjar*                                    **John Hajjar**
Signature of authorized representative of debtor            Printed name

Title  **Sole Member**

**18. Signature of attorney**

**X** */s/ Anthony Sodono, III*                            Date  **February 13, 2020**
Signature of attorney for debtor                                  MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue
Second Floor
Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-622-1800**     Email address  **asodono@msbnj.com**

**NJ**
Bar number and State

Debtor **Hajjar Business Holdings, LLC** _____ Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Hajjar Medical Office Building of Carlstadt, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Fairlawn, LLC** | Relationship to you | **Affilaite** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | | | |
| District | | | |
| Debtor | **Hajjar Medical Office Building of Glen Rock, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Hackensack, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Jersey City, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Miramar, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Mount Kisco, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of New Brunswick, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Roseland, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building of Wayne, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Medical Office Building, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |
| Debtor | **Hajjar Warehouse of Hackensack, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When _____ Case number, if known | **20-** |

## **CERTIFICATE OF COMPANY RESOLUTIONS**

The undersigned, being the Sole or Managing Member (the "Member") of the following limited liability companies: Hajjar Business Holdings, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Carlstadt, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Medical Office Building of Jersey City, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; Hajjar Medical Office Building of Wayne, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Office Building of New Brunswick, LLC; Hajjar Medical Office Building of Mount Kisco, LLC; and Hajjar Medical Office Building of Miramar, LLC (each, a **"Company"** and collectively, the **"Companies"**), does hereby certify that upon requisite consent in lieu of a meeting dated February 13, 2020, and a quorum being present, the following resolutions were adopted and are still in full force and effect:

**WHEREAS**, each Company has reviewed and considered the financial and operational condition of its respective business on the date hereof, including its historical performance, its assets, its current and long-term liabilities, and the market for each Company's products and services; and

**WHEREAS**, each Company has received, reviewed and considered its respective legal, financial and other advisors as to the relative risks and benefits of pursing a bankruptcy proceeding for each respective Company under the provision of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, IT IS:**

**RESOLVED**, that the Companies have determined that it is desirable and in the best interests of the Companies and their respective creditors, and other interested parties that a petition be filed by each Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER**, that the Member and any other person designated and authorized to act by any of the foregoing officers (each, an "**Authorized Officer**") be and hereby authorized and directed to execute and file on behalf of the Companies all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the each Company's business;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to retain and employ, in the name and on behalf of each Company, the law firm of McManimon, Scotland & Baumann, LLC ("MSB") as legal counsel to the Companies, to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance each Company's rights, including, but not limited to, filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of MSB;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of the Companies;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to: (i) negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or

regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Companies; and (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Companies, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered on behalf of and in the name of each Company, to execute such consents of the Companies, as the Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by any Authorized Officer, the shareholders in the name and on behalf of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved."

**IN WITNESS WHEREOF**, I have hereunto set my hand effective as of this 13th day of February 2020.

        */s/ John Hajjar*
John Hajjar, Sole Member of Hajjar Business Holdings, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Carlstadt, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Office Building of New Brunswick, LLC; Hajjar Medical Office Building of Mount Kisco, LLC, and Hajjar Medical Office Building of Miramar, LLC

        */s/ John Hajjar*
John Hajjar, Managing Member of Hajjar Medical Office Building of Jersey City, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; and Hajjar Medical Office Building of Wayne, LLC

2

4817-3264-2740, v. 1

Fill in this information to identify the case:
Debtor name: **Hajjar Business Holdings, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilmington Trust, National Association** c/o David R. Augustin Esq., Duane Morris One Riverfront Plaza 1037 Raymond Blvd., Ste. 1800 Newark, NJ 07102-5429 | | | **Contingent Unliquidated** | $81,000,000.00 | $0.00 | TBD |
| **MSC - Regent HMOB HoldCo, Inc.** ATTN: David W. Dewey 121 SW Morrison, Ste. 200 Portland, OR 97204 | | | | | | $10,000,000.00 |
| **CohnReznick LLP** 1301 Avenue of the Americas New York, NY 10019 | | | | | | $5,115.38 |
| **Corporation Services Company** PO Box 13397 Philadelphia, PA 19101-3397 | | | | | | $3,868.00 |
| **Constellation New Energy, Inc.** 1310 Point Street, 12th Fl. Baltimore, MD 21231 | | | | | | $2,759.12 |
| **CNA** PO Box 842060 Boston, MA 02284-2060 | | | | | | $1,935.01 |

Debtor **Hajjar Business Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cole Schotz P.C.**<br>**1325 Avenue of the Americas, 19h Fl.**<br>**New York, NY 10019** | | | | | | $1,222.04 |
| **MD Vision CSD, LLC**<br>**85 Harristown Road**<br>**Glen Rock, NJ 07452** | | | | | | $1,068.87 |
| **Miele Sanitation Co.**<br>**60 Railroad Avenue**<br>**Closter, NJ 07624** | | | | | | $1,050.00 |
| **Interstate Waste Services**<br>**PO Box 554744**<br>**Detroit, MI 48255-4744** | | | | | | $841.40 |
| **Jonathan Mehl, P.C.**<br>**17 Sylvan Street,**<br>**Ste. 105**<br>**Rutherford, NJ 07070** | | **Services** | | | | $735.00 |
| **AllBrite Cleaning Services LLC**<br>**PO Box 751**<br>**Red Bank, NJ 07701** | | | | | | $613.09 |
| **Fair Lawn, Borough of**<br>**ATTN: Fire**<br>**PO Box 376**<br>**Fair Lawn, NJ 07410** | | | | | | $270.00 |

# United States Bankruptcy Court
### District of New Jersey

In re **Hajjar Business Holdings, LLC**                         Case No.
                                                Debtor(s)                         Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Hajjar**<br>**90 Hoover Drive**<br>**Cresskill, NJ 07626** | | | **Sole Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 13, 2020**                    Signature **/s/ John Hajjar**
                                                                                                  **John Hajjar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re  **Hajjar Business Holdings, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 13, 2020**

**/s/ John Hajjar**  
**John Hajjar**/**Sole Member**  
Signer/Title

.

AllBrite Cleaning Services LLC
PO Box 751
Red Bank, NJ 07701


CNA
PO Box 842060
Boston, MA 02284-2060


CohnReznick LLP
1301 Avenue of the Americas
New York, NY 10019


Cole Schotz P.C.
1325 Avenue of the Americas, 19h Fl.
New York, NY 10019


Constellation New Energy, Inc.
1310 Point Street, 12th Fl.
Baltimore, MD 21231


Corporation Services Company
PO Box 13397
Philadelphia, PA 19101-3397


Fair Lawn, Borough of
ATTN: Fire
PO Box 376
Fair Lawn, NJ 07410


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Waste Services
PO Box 554744
Detroit, MI 48255-4744


John Hajjar
90 Hoover Drive
Cresskill, NJ 07626


Jonathan Mehl, P.C.
17 Sylvan Street, Ste. 105
Rutherford, NJ 07070

MD Vision CSD, LLC
85 Harristown Road
Glen Rock, NJ 07452


Miele Sanitation Co.
60 Railroad Avenue
Closter, NJ 07624


MSC - Regent HMOB HoldCo, Inc.
ATTN: David W. Dewey
121 SW Morrison, Ste. 200
Portland, OR 97204


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St, PO Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance and Enforcement - Bankr. Unit
50 Barrack Street, 9th Fl.
PO Box 245
Trenton, NJ 08695-0267


NJ Dept. of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


NJ Dept. of Labor & Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit
One John Fitch Plaza, PO Box 951
Trenton, NJ 08611-0951


NJ Dept. of Labor - Div. Employer Accts.
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


Regent Medical Properties, LLC
85 Harrison Road
Glen Rock, NJ 07452

Shipman & Goodwin LLP
Attn: Kathleen M. Mylod, Esq.
One Constitution Plaza
Hartford, CT 06103


United States Attonrey
Peter Rodino Federal Building
970 Broad Street
Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Wilmington Trust, National Assocation
c/o David R. Augustin Esq., Duane Morris
One Riverfront Plaza
1037 Raymond Blvd., Ste. 1800
Newark, NJ 07102-5429

# United States Bankruptcy Court
**District of New Jersey**

In re  **Hajjar Business Holdings, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hajjar Business Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2020**  
Date

**/s/ Anthony Sodono, III**  
**Anthony Sodono, III**  
Signature of Attorney or Litigant  
Counsel for **Hajjar Business Holdings, LLC**  
**McManimon, Scotland & Baumann, LLC**  
**75 Livingston Avenue**  
**Second Floor**  
**Roseland, NJ 07068**  
**973-622-1800 Fax:973-622-7333**  
**asodono@msbnj.com**