UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re:<br>HAJJAR BUSINESS HOLDINGS, LLC,<br>et al., | Case No.:<br>Chapter:<br>Judge: | 20-12465 (JKS)<br>11 (Joint Admin.)<br>John K. Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

__HMOB of Wayne Owner, LLC__ , __Debtor-in-Possession__ , in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, Third Floor<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __May 12, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut Street, 3rd Floor, New Jersey 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 234 Hamburg Turnpike, Wayne, New Jersey - sale of property free and clear of all lines, claims and encumbrances pursuant to 11 U.S.C. § 363(b), (f) and (m). |
|---|---|

| Proposed Purchaser: | Jaecals I, LLC |
|---|---|

| Sale price: | $7,000,000, subject to higher and better offers. For a full copy of Motion to approve the sale, please contact counsel to Debtor. |
|---|---|

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:<br>Amount to be paid:<br>Services rendered: |
|---|

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Michele M. Dudas, Esq., McManimon, Scotland & Baumann, LLC

Address: 75 Livingston Avenue, Suite 201, Roseland, NJ 07068

Telephone No.: (973) 622-1800/asodono@msbnj.com and mdudas@msbnj.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-12465-JKS
Hajjar Business Holdings, LLC                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 4           Date Rcvd: Apr 14, 2020
                            Form ID: pdf905          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
```
db           +Hajjar Business Holdings, LLC,   15-01 Broadway,   Fair Lawn, NJ 07410-6003
aty          +Lawerence J. Kotler,   30 South 17th St.,   Philadelphia, PA 19103-4001
aty          +McManimon Scotland & Baumann, LLC,   75 Livingston Avenue,   Second Floor,
               Roseland, NJ 07068-3701
aty          +McManimon, Scotland & Baumann, LLC,   75 Livingston Avenue,   Roseland, NJ 07068-3701
r            +BIOC Commercial Real Estate, LLC,   6 East 39th Street,   New York, NY 10016-0112
cr           +Cole Schotz P.C.,   Court Plaza North,   25 Main Street,   Hackensack, NJ 07601-7083
cr           +Wilmington Trust, National Association, as Trustee,   c/o Sommer L. Ross, Esq.,
               222 Delaware Avenue, Suite 1600,   Wilmington, DE 19801-1659
518713096    +AllBrite Cleaning Services LLC,   PO Box 751,   Red Bank, NJ 07701-0751
518792452    +B&B Hajjar Investments, LLC,   John H. Hajjar, M.D., Managing Member,   85 Harristown Road,
               Glen Rock, NJ 07452-3329
518782971    +Binswanger of Pennsylvania, Inc.,   Two Logan Square,   Philadelphia, PA 19103-2759
518713097     CNA,   PO Box 842060,   Boston, MA 02284-2060
518713098    +CohnReznick LLP,   1301 Avenue of the Americas,   New York, NY 10019-6032
518713099    +Cole Schotz P.C.,   1325 Avenue of the Americas, 19h Fl.,   New York, NY 10019-6079
518713102    +Fair Lawn, Borough of,   ATTN: Fire,   PO Box 376,   Fair Lawn, NJ 07410-0376
518792455    +Help At Home Services, LLC/ATC Academy,   c/o Josephat M. Kitele/Maria C. Kitele,
               1594 Ratzer Road,   Wayne, NJ 07470-2435
518792454   #+Help at Home Services, LLC/ATC Academy,   271 Route 46 West,   Suite F204,
               Fairfield, NJ 07004-2448
518792457    +Help at Home Services/ATC Academy,   15-01 Broadway,   Suites 10C and 10D,
               Fair Lawn, NJ 07410-6003
518792458    +Interstate Waste Services,   300 Frank W. Burr Boulevard,   #39,   Teaneck, NJ 07666-6730
518713104     Interstate Waste Services,   PO Box 554744,   Detroit, MI 48255-4744
518713106    +Jonathan Mehl, P.C.,   17 Sylvan Street, Ste. 105,   Rutherford, NJ 07070-2000
518713107    +MD Vision CSD, LLC,   85 Harristown Road,   Glen Rock, NJ 07452-3329
518713109    +MSC - Regent HMOB HoldCo, Inc.,   ATTN: David W. Dewey,   121 SW Morrison, Ste. 200,
               Portland, OR 97204-3132
518713112    +NJ Dept. of Labor,   Division of Employer Accounts,   1 John Fitch Plaza,   PO Box 389,
               Trenton, NJ 08611-1760
518713113    +NJ Dept. of Labor & Workforce Dev.,   Div. of Unemployment & Disability Ins.,   Bankruptcy Unit,
               One John Fitch Plaza, PO Box 951,   Trenton, NJ 08611-1760
518713114    +NJ Dept. of Labor - Div. Employer Accts.,   1 John Fitch Plaza,   PO Box 379,
               Trenton, NJ 08611-1760
518713110     New Jersey Attorney General Office,   Division of Law,   Richard J. Hughes Justice Complex,
               25 Market St, PO Box 112,   Trenton, NJ 08625-0112
518713115    +Regent Medical Properties, LLC,   85 Harrison Road,   Glen Rock, NJ 07452-3329
518713111   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,
               Compliance and Enforcement - Bankr. Unit,   50 Barrack Street, 9th Fl.,   PO Box 245,
               Trenton, NJ 08695-0267)
518713116    +Shipman & Goodwin LLP,   Attn: Kathleen M. Mylod, Esq.,   One Constitution Plaza,
               Hartford, CT 06103-1919
518793372    +Sovereign Laboratory Services, LLC,   15-01 Braodway,   Suites 10A and 10D,
               Fair Lawn, NJ 07410-6003
518793373    +Surgicare Surgicl Associates,   of Fairlawn, LLC,   15-01 Broadway,   Fairlawn, Nj 07410-6003
518792462    +Thrift Property Management Services,   PO Box 435,   Lodi, NJ 07644-0435
518713118    +United States Attorney General,   United States Department of Justice,   Ben Franklin Station,
               PO Box 683,   Washington, DC 20044-0683
518713119   ++++WILMINGTON TRUST, NATIONAL ASSOACTION,   C/O DAVID R. AUGUSTIN ESQ., DUANE MORRIS,
               ONE RIVERFRONT PLAZA,   1 RIVERFRONT PLZ STE 1800,   NEWARK NJ 07102-5437
              (address filed with court: Wilmington Trust, National Assoaction,
               c/o David R. Augustin Esq., Duane Morris,   One Riverfront Plaza,
               1037 Raymond Blvd., Ste. 1800,   Newark, NJ 07102-5429)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 15 2020 01:32:11     Dist Dir of IRS,
               Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
acc          +E-mail/Text: delmarie.velazquez@eisneramper.com Apr 15 2020 01:34:12     EisnerAmper LLP,
               111 Wood Avenue South,   Iselin, NJ 08830-2700
518713100    +E-mail/Text: Bradley.Burton@Constellation.com Apr 15 2020 01:31:20
               Constellation New Energy, Inc.,   1310 Point Street, 12th Fl.,   Baltimore, MD 21231-3380
518713101     E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Apr 15 2020 01:31:40     Corporation Services Company,
               PO Box 13397,   Philadelphia, PA 19101-3397
518713108    +E-mail/Text: mielesanitation@yahoo.com Apr 15 2020 01:34:31     Miele Sanitation Co.,
               60 Railroad Avenue,   Closter, NJ 07624-1209
```

```
District/off: 0312-2              User: admin                Page 2 of 4                Date Rcvd: Apr 14, 2020
                                  Form ID: pdf905            Total Noticed: 42


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518713117        +E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12      United States Attonrey,
                  Peter Rodino Federal Building,   970 Broad Street,   Suite 700,   Newark, NJ 07102-2527
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br               BIOC Commercial Real Estate, LLC
br               Robert E. Morales, PA
518792451*      +AllBrite Cleaning Services LLC,    PO Box 751,   Red Bank, NJ 07701-0751
518792453*      +Fair Lawn, Borough of,    ATTN: Fire,   PO Box 376,   Fair Lawn, NJ 07410-0376
518792456*      +Help at Home Services, LLC/ATC Academy,    271 Route 46 West, Suite F204,
                  Fairfield, NJ 07004-2448
518713103*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518792459*      +Jonathan Mehl, P.C.,   17 Sylvan Street, Ste. 105,    Rutherford, NJ 07070-2000
                                                                                   TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of Jersey City, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Miramar Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Jersey City Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of Wayne, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of Glen Rock, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Hackensack Warehouse Owner, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Roseland Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Building of Carlstadt, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of Roseland, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Warehouse of Hackensack, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Attorney    McManimon Scotland & Baumann, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Office Building of Miramar, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Carlstadt Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Glen Rock Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Fair Lawn Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of New Brunswick
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Hackensack Office Owner, LLC
               asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Wayne Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    HMOB of Oradell Owner, LLC asodono@msbnj.com
              Anthony   Sodono, III    on behalf of Debtor    Hajjar Medical Office Building of Mount Kisco, LLC
               asodono@msbnj.com
```

```
District/off: 0312-2           User: admin                  Page 3 of 4                  Date Rcvd: Apr 14, 2020
                               Form ID: pdf905              Total Noticed: 42


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Anthony  Sodono, III   on behalf of Debtor   Hajjar Medical Office Building of Fairlawn, LLC
               asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   Hajjar Medical Office Building, LLC asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   Hajjar Business Holdings, LLC asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   HMOB of Fair Lawn 15-01 Broadway Owner, LLC
               asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   HMOB of Mt. Kisco Owner, LLC asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   Hajjar Medical Office Building of Hackensack, LLC
               asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor   HMOB of New Brunswick Owner, LLC asodono@msbnj.com
              David M. Bass    on behalf of Creditor   Cole Schotz P.C. dbass@coleschotz.com
              Fran B. Steele    on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
              Jonathan P. Vuotto    on behalf of Creditor John C. Peterson jpv@mcandrewvuotto.com
              Jonathan P. Vuotto    on behalf of Interested Party John C. Peterson jpv@mcandrewvuotto.com
              Jonathan P. Vuotto    on behalf of Creditor   O.A. Peterson Construction Co., Inc.
               jpv@mcandrewvuotto.com
              Jonathan P. Vuotto    on behalf of Interested Party   Jaecals III, LLC jpv@mcandrewvuotto.com
              Jonathan P. Vuotto    on behalf of Interested Party   Jaecals II, LLC jpv@mcandrewvuotto.com
              Jonathan P. Vuotto    on behalf of Interested Party   Jaecals I, LLC jpv@mcandrewvuotto.com
              Jordan D. Weiss    on behalf of Interested Party    Sentinel Asset Management, Inc., as Agent for
               Life Insurance Company of the Southwest jweiss@msek.com
              Michael J. Antongiovanni    on behalf of Interested Party    Sentinel Asset Management, Inc., as
               Agent for Life Insurance Company of the Southwest mantongiovanni@msek.com
              Michele M. Dudas    on behalf of Debtor   Hajjar Business Holdings, LLC mdudas@msbnj.com
              Richard L. Zucker    on behalf of Creditor   75 EP Associates, LLC rzucker@lasserhochman.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Mt. Kisco Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Miramar Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Roseland Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Fairlawn, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Oradell Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Fair Lawn 15-01 Broadway Owner, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Glen Rock Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Hackensack Office Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Mount Kisco, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Glen Rock, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Jersey City, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Building of Carlstadt, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Business Holdings, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Hackensack Warehouse Owner, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Carlstadt Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Hackensack, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of New Brunswick
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Wayne Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Roseland, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Fair Lawn Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of Jersey City Owner, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Office Building of Miramar, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Warehouse of Hackensack, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building of Wayne, LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   Hajjar Medical Office Building, LLC splacona@msbnj.com
              Sari Blair Placona    on behalf of Debtor   HMOB of New Brunswick Owner, LLC splacona@msbnj.com
              Sommer Leigh Ross    on behalf of Creditor    Wilmington Trust, National Association, as Trustee
               for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34,
               Commercial Mortgage Pass-Through Certificates Series slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Sommer Leigh Ross    on behalf of Creditor    Wilmington Trust, National Association, as Trustee
               for the Benefit slross@duanemorris.com, AutoDocketWILM@duanemorris.com
              Sommer Leigh Ross    on behalf of Creditor    Wilmington Trust, National Association, as Trustee
               for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34,
               Commercial Mortgage Pass-Through Certificates Series 210 slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Sommer Leigh Ross    on behalf of Creditor    Wilmington Trust, National Association, as Trustee
               for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34,
               Commercial Mortgage Pass-Through Certificates Series 201 slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4             Date Rcvd: Apr 14, 2020
                              Form ID: pdf905          Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Steven M. Richman    on behalf of Creditor    Binswanger of Pennsylvania, Inc. srichman@clarkhill.com, lbiczi@clarkhill.com
          Thomas Michael Walsh    on behalf of Debtor    Hajjar Medical Office Building of Roseland, LLC twalsh@msbnj.com
          Thomas Michael Walsh    on behalf of Debtor    Hajjar Business Holdings, LLC twalsh@msbnj.com
          Thomas Michael Walsh    on behalf of Debtor    HMOB of Roseland Owner, LLC twalsh@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                          TOTAL: 74