UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Thomas M. Walsh (twalsh@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Debtors and Debtors-in-Possession*

---

In re:

HAJJAR BUSINESS HOLDINGS, LLC, *et al.*, [1]

Debtors.

Chapter 11

Case No. 20-12465 (JKS)
*(Jointly Administered)*

## CERTIFICATION OF SERVICE

1.      I, **LISA DiPAOLO**,

☑   am a legal assistant employed by McManimon, Scotland & Baumann, counsel for

the Debtors and Debtors-in-Possession in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with their case numbers and the last four digits of each Debtor's taxpayer identification number are as follows:  Hajjar Medical Office Building of Wayne, LLC (2608) (Case No. 20-12464-JKS); Hajjar Business Holdings, LLC (9371) (Case No. 20-12465-JKS); Hajjar Medical Office Building of Roseland, LLC (0506) (Case No. 20-12466-JKS); Hajjar Medical Building of Carlstadt, LLC (9831) (Case No. 20-12467-JKS); Hajjar Medical Office Building of Fairlawn, LLC (8256) (Case No. 20-12468-JKS); Hajjar Medical Office Building of Glen Rock, LLC (2638) (Case No. 20-12469-JKS); Hajjar Medical Office Building, LLC (6934) (Case No. 20-12470-JKS); Hajjar Medical Office Building of Hackensack, LLC (4021) (Case No. 20-12471-JKS); Hajjar Medical Office Building of Jersey City, LLC (6457) (Case No. 20-12472-JKS); Hajjar Warehouse of Hackensack, LLC (0093) (Case No. 20-12473-JKS); Hajjar Medical Office Building of Mount Kisco, LLC (0290) (Case No. 20-12474-JKS); Hajjar Office Building of Miramar, LLC (9467) (Case No. 20-12475-JKS); and Hajjar Medical Office Building of New Brunswick, LLC (6376) (Case No. 20-12476-JKS); HMOB of Mt. Kisco Owner, LLC (8251) (Case No.20-12540-JKS); HMOB of New Brunswick Owner, LLC (8560) (Case No. 20-12549-JKS); HMOB of Roseland Owner, LLC (xxxx) (Case No. 20-12552-JKS); HMOB of Jersey City Owner, LLC (8644) (Case No. 20-12557-JKS); HMOB of Carlstadt Owner, LLC (8378) (Case No. 20-12553-JKS); HMOB of Fair Lawn 15-01 Broadway Owner, LLC (xxxx) (Case No. 20-12536-JKS); HMOB of Fair Lawn Owner, LLC (0822) (Case No. 20-12547-JKS); HMOB of Glen Rock Owner, LLC (4671) (Case No. 20-12545-JKS); HMOB of Hackensack Office Owner, LLC (8445) (Case No. 20-12555-JKS); HMOB of Hackensack Warehouse Owner, LLC (3721) (Case No. 20-12556-JKS); HMOB of Miramar Owner, LLC (9467) (Case No. 20-12543-JKS); HMOB of Oradell Owner, LLC (4779) (Case No. 20-12551-JKS); HMOB of Wayne Owner, LLC (9177) (Case No. 20-12550-JKS)

2.      On July 9, 2020, a copy of the following pleadings and/or documents was sent to the parties in the

manner listed in the chart below:

 a)  Motion of HMOB Wayne Owner, LLC and Hajjar Medical Office Building of Wayne, LLC for Order (i)(a) Approving St. Joseph's University Medical Center, Inc. as Stalking Horse Bidder; (b) Approving the Bidding Procedures in Connection With the Sale of the Wayne Owner Debtor's Real Property Located at 234 Hamburg Turnpike, Wayne, New Jersey; (c) Approving the Form and Manner of Notice of Sale and Bidding Procedures; and (d) Setting the Hearing Date in Connection Therewith; and (ii) Authorizing the Debtors to (a) Sell the Real Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §363(b), (f) and (m) to St. Joseph's; (b) for a Carve-Out Pursuant to 11 U.S.C. §506(c) and Payment of Professional Fees; (c) Assumption and Assignment of All Pre-Petition Leases Pursuant to 11 U.S.C. §365, Except for the Lease for Suite 1-100, Which is Being Rejected Pursuant to 11 U.S.C. §365; and (d) Granting Related Relief (the "Motion");

 b)  Memorandum of Law in Support of Motion;

 c)  Certification of Dr. John Hajjar in Support of Motion;

 d)  Proposed form of Order Approving Bidding Procedures;

 e)  Proposed form of Order Authorizing Sale;

 f)  Order Shortening Time for Hearing on Motion, which was entered by the Honorable John K. Sherwood, United States Bankruptcy Judge, on July 9, 2020 (the "Order Shortening Time"); and

3.      Application in Support of Entry of Order Shortening Time.

4.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  July 15, 2020     /s/ Lisa DiPaolo
           LISA DiPAOLO

2

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| David R. Augustin, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste. 1800<br>Newark, NJ  07102-5429 | *Attorneys for Wilmington Trust, National Association* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Kathleen M. Mylod, Esq.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT  06103-1919 | *Attorneys for MSC – Regent HMOB HoldCo, Inc.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Koren Blair, Esq.<br>Howard P. Magaliff, Esq.<br>Rich Michaelson Magaliff, LLP<br>335 Madison Avenue, 9th Fl.<br>New York, NY  10017 | *Attorneys for Mezzanine Loan Lender* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Ste. 1600<br>Wilmington, DE  19801 | *Attorneys for Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34, Commercial Mortgage Pass-Through Certificates Series 2106-C34* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Lawrence J. Kotler, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | *Attorneys for Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34, Commercial Mortgage Pass-Through Certificates Series 2106-C34* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Jonathan P. Vuotto, Esq.<br>McAndrew Vuotto, LLC<br>13 Mt. Kemble Avenue<br>Morristown, NJ  07960 | *Attorneys for John C. Peterson & O.A. Peterson Co., Inc.; Jaecals I, LLC; Jaecals II, LLC; and Jaecals III, LLC* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard L. Zucker, Esq.<br>Lasser Hochman, L.L.C.<br>75 Eisenhower Parkway<br>Roseland, NJ 07068 | *Attorneys for 75 EP Associates, LLC* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Michael Antongiovanni, Esq.<br>Edward J. LoBello, Esq.<br>Jordan D. Weiss, Esq.<br>Meyer, Souzzi, English & Klein, P.C.<br>990 Stewart Avenue, Ste. 300<br>PO Box 9194<br>Garden City, NY  11530 | *Attorneys for Sentinel Asset Management, Inc., as Agent for Life Insurance Company of the Southwest* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| David M. Bass, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601 | *Creditor* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Steven M. Richman, Esq.<br>Clark Hill PLC<br>210 Carnegie Center, Ste. 102<br>Princeton, NJ  08540 | *Attorneys for Binswanger of Pennsylvania, Inc.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Michael McLaughlin, Esq.<br>Law Offices of Michael McLaughlin, Esq.<br>72 West End Avenue<br>Somerville, NJ 08876 | *Attorneys for National Metering Services, Creditor* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920 | *Attorneys for Patrick Dibre* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Bioc Commercial Real Estate, LLC<br>6 East 39th Street, Ste. 304<br>New York, NY  10016 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Broward County Tax Collector<br>115 S. Andrews Avenue, #A100<br>Fort Lauderdale, FL  33301-1895 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Mark Journey, Esq.<br>Broward County Attorney<br>2200 S.W. 45 Street, Ste. 101<br>Dania Beach, FL  33312 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stacy Wulfekuhle, Paralegal<br>Broward County Attorney's Office<br>2200 S.W. 45 Street, Ste. 101<br>Dania Beach, FL  33312 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| CNA<br>53 State Street, Ste. 510<br>Boston, MA  02109 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| CNA<br>PO Box 842060<br>Boston, MA 02284-2060 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Cohn Reznick LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Constellation New Energy, Inc.<br>1310 Point Street, 12th Fl.<br>Baltimore, MD  21231 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Corporation Services Company<br>Headquarters<br>251 Little Falls Drive<br>Wilmington, DE  19808 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Corporation Service Company<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| City of Jersey City<br>280 Grove Street<br>Jersey City, NJ  07303 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Peter Baker, Esq.<br>City of Jersey City<br>280 Grove Street<br>Jersey City, NJ  07302 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Land V-Scape, Inc.<br>PO Box 290<br>Lincolndale, NY  10536-0290 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| MG's Lawn Green, Inc.<br>85 Woodland Road<br>Pleasantville, NY  10570 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MG's Lawn Green, Inc.<br>c/o Jasco Recovery Services, LLC, Assignee<br>PO Box 324<br>Tuckahoe, NY 10707 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Brunswick, City of<br>Water Utility – Division of Inspections<br>City Hall<br>78 Bayard Street<br>New Brunswick, NJ  08901 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Pagano Company<br>55 Harristown Road, Ste. 301<br>Glen Rock, NJ  07452 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| PSE&G<br>Vilna Gaston, Esq.<br>80 Park Plaza<br>Newark, NJ  07102-4109 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| PSE&G<br>Attn: Bankruptcy Department<br>P O Box 709<br>Newark NJ 07104-0709 | *Combined Twenty Largest Unsecured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Paul M. Elias, Esq.<br>Bittiger Elias & Triolo P.C.<br>12 Route 17 North, Ste. 206<br>Paramus, NJ  07652 | *Attorneys for South Bedford Oral/Maxillofacial Surgery, Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other: E-Mail |
| Oasis Medical and Surgical Wellness Group, LLC<br>85 Harristown Road, Suite 1-300<br>Glen Rock, NJ 07452 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Josef W. Mintz, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | *Attorneys for New Jersey Cancer & Blood Specialists, P.C., 20 Largest Unsecured Creditor (NOA filed), Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other: E-Mail |
| New Century Imaging, LLC<br>Attn:  Joel Rakow, M.D., Managing Member<br>130 Kinderkamack Road, Suite 200<br>Oradell, NJ 07649 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Jersey City Medical Center<br>631-645 Grand Street<br>Suite 1-100<br>Jersey City, NJ 07304 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| St. Peter's University Hospital, Inc.<br>215 Easton Avenue, Suite 1<br>New Brunswick, NJ 08901 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Saint Peter's Healthcare System, Inc.<br>Attn:  Michael Hockberg, M.D., COO<br>        Rita Jennings, Esq. - General Counsel<br>254 Easton Avenue<br>New Brunswick, NJ 08901 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| St. Peter's Healthcare System, Inc.<br>215 Easton Avenue, Suite 2<br>New Brunswick, NJ 0890 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| CareMount Medical, P.C.<br>Attn:  Scott D. Hayworth, M.D.-President<br>110 S. Bedford Road, Suite 303<br>Mount Kisco, NY 10549 | *Combined Twenty Largest Unsecured Creditor With Respect to All Jointly-Administered Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Eastern Door Service<br>170 Route 206, S.<br>Hillsborough, NJ 08844 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Feldman Brothers Electrical Supply Co.<br>206 Maryland Avenue<br>Paterson, NJ 07503 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Interstate Waste<br>300 Frank W. Burr Boulevard<br>Teaneck, NJ 07666 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Lindabury, McCormick, Estabrook & Cooper<br>53 Cardinal Drive<br>PO Box 2369<br>Westfield, NJ 07091-2369 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| MD Vision CSD, LLC<br>85 Harristown Road<br>Glen Rock, NJ 07452 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Miele Sanitation Co.<br>60 Railroad Avenue<br>Closter, NJ 07624 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| MMB Property & Management Services, LLC<br>85 Harristown Road<br>Glen Rock, NJ 07452 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Jersey Division of Consumer Affairs<br>124 Halsey Street<br>Newark, NJ 07102 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| NK Architects<br>95 Washington Street<br>Morristown, NJ 07960 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Payton Elevator Company, Inc.<br>15 Naugle Street<br>PO Box 508<br>Closter, NJ 07624-1206 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Starburst Electric LLC<br>339 Merritt Avenue<br>Bergenfield, NJ 07621 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541-1021 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| ThyssenKrupp Elevator Corp.<br>Attn:  Accounts Receivable<br>641 NW 66th Street<br>Miami, FL 33166 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Viking Pest Control<br>97 Parish Drive<br>Wayne, NJ 07470 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Township of Wayne<br>Fire Bureau<br>475 Valley Road<br>Wayne, NJ 07470 | *General Unsecured Creditor of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Attn:  Bulk Sale Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Wayne Tax Collector<br>Town Hall<br>475 Valley Road<br>Wayne, NJ 07470 | *Notice on behalf of Township of Wayne* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Township of Wayne<br>Attn:  Matthew J. Giacobbe,<br>         Township Attorney<br>Town Hall<br>475 Valley Road<br>Wayne, NJ 07470 | *Notice on behalf of Township of Wayne* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Jeffrey T. Testa, Esq.<br>McCarter & English,<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | *Attorneys for St. Joseph's Regional Medical Center, Purchaser* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑  Other:  E-Mail |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Ste. 700<br>Newark, NJ  07102 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| United States Attorney General<br>U.S. Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC  20044 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| New Jersey Division of Taxation<br>Compliance & Enforcement -<br>Bankruptcy Unit<br>50 Barrack Street, 9th Fl.<br>PO Box 245<br>Trenton, NJ  08695-0267 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Jersey Attorney General's Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>PO Box 112<br>Trenton, NJ  08625-0112 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Jersey Department of Labor<br>Division of Employer Accounts<br>1 John Fitch Plaza<br>PO Box 389<br>Trenton, NJ 08611-0389 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Jersey Dept. of Labor<br>  & Workforce Development<br>Division of Unemployment & Disability<br>Insurance<br>Bankruptcy Unit<br>One John Fitch Plaza<br>PO Box 951<br>Trenton, NJ 08611-0951 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| New Jersey Department of Labor<br>Division of Employer Accounts<br>1 John Fitch Plaza<br>PO Box 379<br>Trenton, NJ 08611-0379 | *Tax Authority* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| David H. Stein, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095 | *Potential Interested Party* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑  Other:  E-Mail |
| Bruce J. Wisotsky, Esq.<br>Norris McLaughlin, P.A.<br>400 Crossing Blvd., 8th Floor<br>Bridgewater, NJ  08807-5933 | *Potential Interested Party* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑  Other:  E-Mail |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Greg Corbin, President<br>Bankruptcy and Restructuring<br>Rosewood Realty Group<br>38 E. 29th Street, Fifth Floor<br>New York, NY 10016 | *Potential Interested Party* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Elnardo J. Webster, Esq.<br>Joao F. Magalhaes, Esq.<br>Inglesino, Webster, Wyciskala & Taylor, LLC<br>600 Parsippany Road, Suite 204<br>Parsippany, NJ 07054 | *Potential Interested Party* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail<br>☑ Other:  E-Mail |
| Eward An<br>Re/Max Signature Homes<br>189 Homans Avenue, Suite C<br>Closter, NJ 07624 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Douglas Wolf, Esq. – General Counsel<br>ASM Capital<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Matthew Bordwin, Principal & Managing Director<br>Keen-Summit Capital Partners, LLC<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Robert H. Benacchio, Managing Director<br>CRP - Commercial Realty Partners LLC<br>Industrial Brokerage, Development<br> & Real Estate Investment<br>55 Carter Drive, Suite 200<br>Edison, New Jersey 08817 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Lenard M. Parkins, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>700 Louisiana Street, Suite 4300<br>Houston, TX  77002 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Nicholas W. Minoia, Managing Partner<br>Diversified Properties, LLC<br>Morris Construction Management, LLC<br>350 Main Rd., Suite 201<br>Montville , NJ 07045 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Saint Clare's Health System<br>Attn:  Leslie D. Hirsch - Chairman<br>400 W Blackwell Street<br>Dover NJ 07801 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Acuity Specialty Hospital of New Jersey<br>Attn:  General Counsel<br>        Kathy Kerstetter, Chief Executive<br>Officer<br>1925 Pacific Ave Suite 5<br>Atlantic City, NJ 08401 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Goryeb Children's Hopsital<br>Attn:  General Counsel<br>100 Madison Avenue<br>Morristown NJ 07960 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Specialty Hospital of Central Jersey<br>Attn:  General Counsel<br>        Dan Czermak, Esq., President<br>600 River Avenue 4&5 West<br>Lakewood NJ 08701 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| New Jersey Hospital Association<br>Attn:  Cathy Bennett, President and CEO<br>760 Alexander Road<br>Princeton, NJ 08540 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| K. Hovnanian Children's Hospital<br>Attn:  Kenneth M. Sable, M.D.–<br>         President, Southern Market<br>         Vito Buccellato, Chief Hospital<br>         Executive<br>1945 State Route 33<br>Neptune NJ 07753 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| St. Joseph's Children's Hospital<br>at St. Joseph's University Medical Center<br>Attn:  Kenneth J. Slavin, President & CEO<br>703 Main Street<br>Paterson NJ 07503 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |
| Mountainside Hospital<br>Attn:  General Counsel<br>799 Bloomfield Avenue<br>Verona NJ 07044 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐  Other: |

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Saint Barnabas Medical Center<br>Attn:  Steven Zieniewicz, President and CEO<br>94 Old Short Hills Road<br>Livingston NJ 07039 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Jefferson Stratford Hospital<br>Attn:  Brian Sweeney, Interim President<br>18 E Laurel Roadd<br>Stratford NJ 08084 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Bristol Myers Squibb Children's Hospital<br>Attn:  John J. Gantner, President & CEO<br>200 Somerset Street<br>New Brunswick NJ 08901 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Morristown Medical Center<br>Attn:  Patricia O'Keefe, Ph.D., R.N.<br>President<br>Morristown Medical Center<br>100 Madison Avenue<br>Morristown NJ 07960 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Hackensack University Medical Center<br>Attn:  Mark D. Sparta, President<br>30 Prospect Avenue<br>Hackensack, NJ 07601 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Robert Wood Johnson University Hospital<br>One Robert Wood Johnson Place<br>Attn:  John Gantner, President & CEO<br>        Susan J. Flynn-Hollander, Esq. -<br><br>   VP-General Counsel<br>New Brunswick, NJ 08901 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Jersey Shore University Medical Center<br>Attn:  Kenneth N. Sable,<br>        Regional President, Southern Market<br>        Vito Buccellato,<br>        Chief Hospital Executive<br>1945 Route 33<br>Neptune, NJ 07753 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Valley Hospital<br>Attn:  Audrey Meyers, President & CEO<br>223 North Van Dien Avenue<br>Ridgewood, NJ 07450 | *Potential Interested Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

13

4819-2383-7123, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robin Goldfischer, Sr. Vice President & General Counsel, Legal Affairs Valley Health System 1 Valley Health Plaza Paramus, New Jersey 07652 | *Potential Interested Party* | ☐ Hand-delivered ☑ Regular mail ☐ Certified Mail ☐ Other: |
| Ted Schiller, Esq. Schiller, Pittenger & Galvin, P.C. 1771 Front Street Scotch Plains, NJ 07076 | *Potential Interested Party* | ☐ Hand-delivered ☐ Regular mail ☐ Certified Mail ☑ Other: E-Mail |
| John H. Hajjar, M.D. 90 Hoover Drive Cresskill, NJ 07626 | *Member of HMOB of Wayne, LLC* | ☐ Hand-delivered ☐ Regular mail ☐ Certified Mail ☑ Other: E-Mail |
| Hajjar Wayne Investments, LLC Attn: John H. Hajjar, M.D. 15-01 Broadway Fair Lawn, NJ 07410 | *Member of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered ☑ Regular mail ☐ Certified Mail ☐ Other: |
| Jaecals, I, LLC c/o Jonathan P. Vuotto, Esq. McAndrew Vuotto, LLC 13 Mt. Kemble Avenue Morristown, NJ 07960 | *Member of Hajjar Medical Office Building of Wayne, LLC* | ☐ Hand-delivered ☐ Regular mail ☐ Certified Mail ☑ Other: E-Mail |
| Matthew P. Jordan, Esq., County Counsel Nadege D. Allwaters, Esq., Deputy County Counsel County Counsel 401 Grand Street, Room 214 Paterson, NJ 07505 | *Notice on behalf of County of Passaic* | ☐ Hand-delivered ☑ Regular mail ☐ Certified Mail ☐ Other: |
| St. Joseph's Regional Medical Center c/o Jeffrey T. Testa, Esq. McCarter & English, Four Gateway Center 100 Mulberry Street Newark, NJ 07102 | *Tenant* | ☐ Hand-delivered ☐ Regular mail ☐ Certified Mail ☑ Other: E-Mail |
| Regent Medical Properties, LLC 85 Harristown Road, Suite 200 Glen Rock, NJ 07452 | *Property Manager* | ☐ Hand-delivered ☐ Regular mail ☐ Certified Mail ☑ Other: E-Mail |

14

4819-2383-7123, v. 1