**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Hajjar Business Holdings, LLC et al.*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>HAJJAR BUSINESS HOLDINGS, LLC, *et al*., [1]<br><br>           Debtors. | Case No. 20-12465 (JKS)<br>Jointly Administered<br><br>Chapter 11 |

### ADJOURNMENT REQUEST

1. I, Anthony Sodono, III,

   ☒ am the attorney for Hajjar Business Holdings, LLC, et al. in the above-referenced bankrutpcy proceeding and request an adjournment of the following hearing for the reason set forth below.

   **Matters:** Debtor's Motion Determining Security Deposit is Property of the Estate Pursuant to 11 U.S.C. §§ 105(a), 541 and 542, filed on May 27, 2021 [Docket No. 625]

   Current hearing date and time:   November 30, 2021 at 10:00 a.m.

   New date requested:   December 21, 2021 at 10:00 a.m.

   Reasons for adjournment request:  We are submitting this adjournment request as the parties and lender are finalzing a Plan which will incorporate a possible sale of the Roseland property.

---

[1] The debtors in these Chapter 11 cases, are as follows:  Hajjar Medical Office Building of Wayne, LLC; Hajjar Business Holdings, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Building of Carlstadt, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Medical Office Building of Jersey City, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Mount Kisco, LLC; Hajjar Office Building of Miramar, LLC; Hajjar Medical Office Building of New Brunswick, LLC; HMOB of Mt. Kisco Owner, LLC; HMOB of New Brunswick Owner, LLC; HMOB of Roseland Owner, LLC; HMOB of Jersey City Owner, LLC; HMOB of Carlstadt Owner, LLC; HMOB of Fair Lawn 15-01 Broadway Owner, LLC; HMOB of Fair Lawn Owner, LLC; HMOB of Glen Rock Owner, LLC; HMOB of Hackensack Office Owner, LLC; HMOB of Hackensack Warehouse Owner, LLC; HMOB of Miramar Owner, LLC; HMOB of Oradell Owner, LLC; and HMOB of Wayne Owner, LLC (collectively, the "Debtors").

2. Consent to adjournment:

   ☒ I have the consent of all parties.     ☐     I do not have the consent of all
              (explain below):

I hereby certify under peanlty of perjury that the foregoing is true.

Date:  <u>November 22, 2021</u>                    <u>/s/ *Anthony Sodono, III*</u>
                                                           Anthony Sodono, III

**COURT USE ONLY**

_____

The request for adjournment is:

☒ Granted            New hearing date:___12/21/21 @ 10:00           ☐
Peremptory

☐ Granted over objection(s)  New hearing date:_____           ☐
Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are
not electronic filers of the new hearing date.**

4823-0322-7118, v. 1