**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HAJJAR BUSINESS HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12465 (JKS)<br>(Joint Administration) |

**CERTIFICATION OF NO OBJECTION REGARDING THE**
**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND**
**& BAUMANN, LLC, COUNSEL FOR DEBTORS FOR OCTOBER 2021**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement of McManimon, Scotland & Baumann, LLC ("MSB") for the period of October 2021 (the "Monthly Fee Statement") filed on November 5, 2021, at Docket Entry No. 821, were to be filed and served not later than November 26, 2021. I, Anthony Sodono, certify that, as of November

---

[1] The Debtors in these chapter 11 cases, along with their case numbers and the last four digits of each Debtor's taxpayer identification number are as follows: Hajjar Medical Office Building of Wayne, LLC (2608) (Case No. 20-12464-JKS); Hajjar Business Holdings, LLC (9371) (Case No. 20-12465-JKS); Hajjar Medical Office Building of Roseland, LLC (0506) (Case No. 20-12466-JKS); Hajjar Medical Building of Carlstadt, LLC (9831) (Case No. 20-12467-JKS); Hajjar Medical Office Building of Fairlawn, LLC (8256) (Case No. 20-12468-JKS); Hajjar Medical Office Building of Glen Rock, LLC (2638) (Case No. 20-12469-JKS); Hajjar Medical Office Building, LLC (6934) (Case No. 20-12470-JKS); Hajjar Medical Office Building of Hackensack, LLC (4021) (Case No. 20-12471-JKS); Hajjar Medical Office Building of Jersey City, LLC (6457) (Case No. 20-12472-JKS); Hajjar Warehouse of Hackensack, LLC (0093) (Case No. 20-12473-JKS); Hajjar Medical Office Building of Mount Kisco, LLC (0290) (Case No. 20-12474-JKS); Hajjar Office Building of Miramar, LLC (9467) (Case No. 20-12475-JKS); and Hajjar Medical Office Building of New Brunswick, LLC (6376) (Case No. 20-12476-JKS); HMOB of Mt. Kisco Owner, LLC (8251) (Case No.20-12540-JKS); HMOB of New Brunswick Owner, LLC (8560) (Case No. 20-12549-JKS); HMOB of Roseland Owner, LLC (xxxx) (Case No. 20-12552-JKS); HMOB of Jersey City Owner, LLC (8644) (Case No. 20-12557-JKS); HMOB of Carlstadt Owner, LLC (8378) (Case No. 20-12553-JKS); HMOB of Fair Lawn 15-01 Broadway Owner, LLC (xxxx) (Case No. 20-12536-JKS); HMOB of Fair Lawn Owner, LLC (0822) (Case No. 20-12547-JKS); HMOB of Glen Rock Owner, LLC (4671) (Case No. 20-12545-JKS); HMOB of Hackensack Office Owner, LLC (8445) (Case No. 20-12555-JKS); HMOB of Hackensack Warehouse Owner, LLC (3721) (Case No. 20-12556-JKS); HMOB of Miramar Owner, LLC (9467) (Case No. 20-12543-JKS); HMOB of Oradell Owner, LLC (4779) (Case No. 20-12551-JKS); HMOB of Wayne Owner, LLC (9177) (Case No. 20-12550-JKS).

29, 2021, I have reviewed the court's docket in this case, a responsive pleading was filed on November 23, 2021 on behalf of Wilmington Trust, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-C34 Commercial Mortgage Pass-Through Certificates Series 2016-C34 ("Wilmington"). Wilmington asserts a limited objection in that MSB holds no more funds in its Retainer and it objects to the use of any cash collateral to pay MSB. Accordingly, MSB acknowledges that it will not draw down on cash collateral to pay its fees.

           **McMANIMON, SCOTLAND**
            **& BAUMANN, LLC**
           *Counsel for Debtors and Debtors-in-Possession*


           By: */s/ Anthony Sodono, III*
                ANTHONY SODONO, III

Dated: November 29, 2021