**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Hajjar Business Holdings, LLC et al.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HAJJAR BUSINESS HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 20-12465 (JKS)<br>Jointly Administered<br><br>Chapter 11 |

## ADJOURNMENT REQUEST

1. I, Anthony Sodono, III,

    ☒ am the attorney for Hajjar Business Holdings, LLC, et al., in the above-referenced bankrutpcy proceeding and request an adjournment of the following hearing for the reason set forth below.

    **Matters:** Debtor's Motion Determining Security Deposit Is Property of the Estate Pursuant to 11 U.S.C. §§ 105(a), 541 and 542, filed on May 27, 2021 [Docket No. 625]

    Current hearing date and time:    December 21, 2021 at 10:00 a.m.

    New date requested:    January 11, 2022 at 10:00 a.m.

    Reasons for adjournment request:    Mediation between the parties is scheduled for December 20, 2021.

---

[1] The debtors in these Chapter 11 cases, are as follows: Hajjar Medical Office Building of Wayne, LLC; Hajjar Business Holdings, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Building of Carlstadt, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Medical Office Building of Jersey City, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Mount Kisco, LLC; Hajjar Office Building of Miramar, LLC; Hajjar Medical Office Building of New Brunswick, LLC; HMOB of Mt. Kisco Owner, LLC; HMOB of New Brunswick Owner, LLC; HMOB of Roseland Owner, LLC; HMOB of Jersey City Owner, LLC; HMOB of Carlstadt Owner, LLC; HMOB of Fair Lawn 15-01 Broadway Owner, LLC; HMOB of Fair Lawn Owner, LLC; HMOB of Glen Rock Owner, LLC; HMOB of Hackensack Office Owner, LLC; HMOB of Hackensack Warehouse Owner, LLC; HMOB of Miramar Owner, LLC; HMOB of Oradell Owner, LLC; and HMOB of Wayne Owner, LLC (collectively, the "Debtors").

2. Consent to adjournment:

☒ I have the consent of all parties.      ☐ I do not have the consent of all
(explain below):

I hereby certify under peanlty of perjury that the foregoing is true.

Date:  December 15, 2021                    /s/ *Anthony Sodono, III*
                                            Anthony Sodono, III

**COURT USE ONLY**
_____

The request for adjournment is:

[x] Granted                 New hearing date:  January 11, 2022 @ 10:00 am
Peremptory

☐ Granted over objection(s)  New hearing date:_____     ☐
Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2