Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−12465−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hajjar Business Holdings, LLC
15−01 Broadway
Fair Lawn, NJ 07410

HMOB of Carlstadt Owner, LLC
630 Broad Street
Carlstadt, NJ 07072

Social Security No.:

Employer's Tax I.D. No.:
22−3659371                                             47−5528378

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/11/22 at 10:00 AM

to consider and act upon the following:

**625** − Motion re: Determining Security Deposit is Property of the Estate Pursuant to 11 U.S.C. Sections 105(a), 541 and 542 Filed by Anthony Sodono III on behalf of HMOB of Roseland Owner, LLC, Hajjar Business Holdings, LLC. Hearing scheduled for 6/22/2021 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Motion # 2 Certification in Support # 3 Proposed Order # 4 Certification of Service) (Sodono, Anthony)

Dated: 12/15/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court