UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MORITT HOCK & HAMROFF LLP**
Marc L. Hamroff
Allison Arotsky
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000 (telephone)
(516) 873-2010 (facsimile)
Email: mhamroff@moritthock.com
aarotsky@moritthock.com

*Attorneys for MSC – Rent HMOB HoldCo, LLC*

| | |
|---|---|
| In Re:<br><br>HAJJAR BUSINESS HOLDINGS, LLC, et al.,[1]<br><br>Debtors | Case No.:  Case No. 20-12465 (JKS)<br>(Jointly Administered)<br><br>Chapter:   11<br><br>Judge:     John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of MSC – Rent HMOB HoldCo, LLC. Request is

---

[1] Hajjar Medical Office Building of Wayne, LLC (2608) (Case No. 20-12464- JKS); Hajjar Business Holdings, LLC (9371) (Case No. 20-12465-JKS); Hajjar Medical Office Building of Roseland, LLC (0506) (Case No. 20-12466-JKS); Hajjar Medical Building of Carlstadt, LLC (9831) (Case No. 20-12467-JKS); Hajjar Medical Office Building of Fairlawn, LLC (8256) (Case No. 20-12468-JKS); Hajjar Medical Office Building of Glen Rock, LLC (2638) (Case No. 20-12469-JKS); Hajjar Medical Office Building, LLC (6934) (Case No. 20- 12470-JKS); Hajjar Medical Office Building of Hackensack, LLC (4021) (Case No. 20-12471-JKS); Hajjar Medical Office Building of Jersey City, LLC (6457) (Case No. 20-12472-JKS); Hajjar Warehouse of Hackensack, LLC (0093) (Case No. 20-12473-JKS); Hajjar Medical Office Building of Mount Kisco, LLC (0290) (Case No. 20-12474-JKS); Hajjar Office Building of Miramar, LLC (9467) (Case No. 20-12475-JKS); and Hajjar Medical Office Building of New Brunswick, LLC (6376) (Case No. 20-12476-JKS); HMOB of Mt. Kisco Owner, LLC (8251) (Case No.20- 12540-JKS); HMOB of New Brunswick Owner, LLC (8560) (Case No. 20-12549-JKS); HMOB of Roseland Owner, LLC (xxxx) (Case No. 20-12552-JKS); HMOB of Jersey City Owner, LLC (8644) (Case No. 20-12557-JKS); HMOB of Carlstadt Owner, LLC (8378) (Case No. 20-12553-JKS); HMOB of Fair Lawn 15-01 Broadway Owner, LLC (xxxx) (Case No. 20-12536-JKS); HMOB of Fair Lawn Owner, LLC (0822) (Case No. 20-12547-JKS); HMOB of Glen Rock Owner, LLC (4671) (Case No. 20-12545-JKS); HMOB of Hackensack Office Owner, LLC (8445) (Case No. 20-12555-JKS); HMOB of Hackensack Warehouse Owner, LLC (3721) (Case No. 20-12556-JKS); HMOB of Miramar Owner, LLC (9467) (Case No. 20-12543-JKS); HMOB of Oradell Owner, LLC (4779) (Case No. 20- 12551- JKS); HMOB of Wayne Owner, LLC (9177) (Case No. 20-12550-JKS).

made that the documents filed in this case and identified below be served on the undersigned at

this address:

> ADDRESS**:**    MORITT HOCK & HAMROFF LLC
> Marc L. Hamroff
> Allison Arotsky
> 400 Garden City Plaza
> Garden City, NY  11530
> (516) 873-2000 (telephone)
> (516) 873-2010 (facsimile)
> Email: mhamroff@moritthock.com
> aarotsky@moritthock.com

> DOCUMENTS:

> ☐ All notices entered pursuant to Fed. R. Bankr. P. 2002

> ☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy

Procedure and Section 1109(b) of the Bankruptcy Code but also includes, without limitation,

orders and notices of any applications, motions, petitions, pleadings, requests, complaints or

demands, whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise,

which affects the Debtors or the property of their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

Request for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute

an election of remedies or waiver of (i) the right to have a final orders in non-core matters

entered only after *de novo* review by a District Judge;  (ii) the right to trial by jury in any

proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii)

the right to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any

purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses,

setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which

rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  February 25, 2022
        Garden City, New York

                                    MORITT HOCK & HAMROFF LLP

                        By:     /s/ *Allison Arotsky*
                                Marc L. Hamroff
                                Allison Arotsky
                                400 Garden City Plaza
                                Garden City, NY  11530
                                (516) 873-2000 (telephone)
                                (516) 873-2010 (fax)
                                tdriscoll@moritthock.com

                                *Attorneys for MSC – Rent HMOB HoldCo, LLC*

2883715v1