**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Hajjar Business Holdings, LLC et al.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 20-12465 (JKS) |
| | Jointly Administered |
| HAJJAR BUSINESS HOLDINGS, LLC, *et al.*,[1] | |
| | Chapter 11 |
| Debtors. | |

**ADJOURNMENT REQUEST**

1. I, Anthony Sodono, III,

   ☒ am the attorney for Hajjar Business Holdings, LLC, et al., in the above-referenced bankrutpcy proceeding and request an adjournment of the following hearing for the reason set forth below.

   **Matters:** Debtors' First Omnibus Objection to Certain Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007(d), filed on January 19, 2022 [Docket No. 890] (the "Claims Objection")

   Current hearing date and time:    March 15, 2022 at 10:00 a.m.

   New date requested:    March 22, 2022 at 10:00 a.m.

   Reasons for adjournment request:  The Claims Objection involves the claims of (i) Estate of Bryan Massoud, (ii) Mass Realty, LLC, and (iii) Jasco Recovery Services, LLC. Objections were filed.  The parties are reviewing documents and have been in communication to try and resolve this.

---

[1] The debtors in these Chapter 11 cases, are as follows:  Hajjar Medical Office Building of Wayne, LLC; Hajjar Business Holdings, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Building of Carlstadt, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Medical Office Building of Jersey City, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Mount Kisco, LLC; Hajjar Office Building of Miramar, LLC; Hajjar Medical Office Building of New Brunswick, LLC; HMOB of Mt. Kisco Owner, LLC; HMOB of New Brunswick Owner, LLC; HMOB of Roseland Owner, LLC; HMOB of Jersey City Owner, LLC; HMOB of Carlstadt Owner, LLC; HMOB of Fair Lawn 15-01 Broadway Owner, LLC; HMOB of Fair Lawn Owner, LLC; HMOB of Glen Rock Owner, LLC; HMOB of Hackensack Office Owner, LLC; HMOB of Hackensack Warehouse Owner, LLC; HMOB of Miramar Owner, LLC; HMOB of Oradell Owner, LLC; and HMOB of Wayne Owner, LLC (collectively, the "Debtors").

2. Consent to adjournment:

☐ I have the consent of all parties.    ☒ I do not have the consent of all
(explain below):

<u>I have the consent from counsel for Estate of Bryan Massoud and Mass Realty, LLC, but have not heard back from Jasco Recovery Services.</u>

I hereby certify under peanlty of perjury that the foregoing is true.

Date:  March 9, 2022                     /s/ *Anthony Sodono, III*
                                         Anthony Sodono, III

**COURT USE ONLY**

_____

The request for adjournment is:

[x] Granted           New hearing date:  3/22/2022 @ 10:00        ☐
Peremptory

☐ Granted over objection(s)   New hearing date:_____    ☐
Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**