**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Hajjar Business Holdings, LLC, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-12465 (JKS) |

**NOTICE OF EFFECTIVE DATE OF JOINT DEBTORS' MODIFIED**
**FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

**TO: ALL PARTIES IN INTEREST**

**PLEASE READ THIS NOTICE CAREFULLY. IT CONTAINS DEADLINES TO ASSERT (I) REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSES THAT AROSE PRIOR TO THE EFFECTIVE DATE, AND (II) PROFESSIONAL FEE APPLICATIONS. THIS NOTICE ALSO CONTAINS ADDITIONAL INFORMATION THAT MAY AFFECT YOUR RIGHTS.**

　　　　**PLEASE TAKE NOTICE** that on June 5, 2022 (the "Confirmation Date"), the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the

---

[1] The debtors in these cases are: HMOB of Jersey City Owner, LLC, Case No. 20-12557-JKS; Hajjar Medical Office Building of Jersey City, LLC, Case No. 20-12472-JKS; HMOB of Wayne Owner, LLC, Case No. 20-12550-JKS; Hajjar Medical Office Building of Wayne, LLC, Case No. 20-12464-JKS; HMOB of Roseland Owner, LLC, Case No. 20-12552-JKS; Hajjar Medical Office Building of Roseland, LLC, Case No. 20-12466-JKS; HMOB of New Brunswick Owner, LLC, Case No. 20-12549-JKS; Hajjar Medical Office Building of New Brunswick, LLC, Case No. 20-12476-JKS; HMOB of Oradell Owner, LLC, Case No. 20-12551-JKS; Hajjar Medical Office Building, LLC, Case No. 20-12470-JKS; HMOB of Carlstadt Owner, LLC, Case No. 20-12553-JKS; Hajjar Medical Office Building of Carlstadt, LLC, Case No. 20-12467-JKS; HMOB of Hackensack Office Owner, LLC, Case No. 20-12555-JKS; Hajjar Medical Office Building of Hackensack, LLC, Case No. 20-12471-JKS; HMOB of Hackensack Warehouse Owner, LLC, Case No. 20-12556-JKS; Hajjar Warehouse of Hackensack, LLC, Case No. 20-12473-JKS; HMOB of Fair Lawn Owner, LLC, Case No. 20-12547-JKS; Hajjar Medical Office Building of Fairlawn, LLC, Case No. 20-12468-JKS; HMOB of Glen Rock Owner, LLC, Case No. 20-12545-JKS; Hajjar Medical Office Building of Glen Rock, LLC, Case No. 20-12469-JKS; HMOB of Fair Lawn 15-01 Broadway Owner, LLC, Case No. 20-12536-JKS; Hajjar Business Holdings, LLC, Case No. 20-12465-JKS; HMOB of Mt. Kisco Owner, LLC, Case No. 20-12540-JKS; Hajjar Medical Office Building of Mount Kisco, LLC, Case No. 20-12474-JKS; HMOB of Miramar Owner, LLC, Case No. 20-12543-JKS; and Hajjar Medical Office Building of Miramar, LLC, Case No. 20-12475-JKS.

*Findings of Fact, Conclusions of Law, and Order Confirming the Joint Debtors' Modified First Amended Chapter 11 Plan of Reorganization* [Docket No. 1051] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the *Joint Debtors' Modified First Amended Chapter 11 Plan of Reorganization* [Docket No. 1051] (together with all exhibits thereto and related documents, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on June 22, 2022, which is the date on which all of the conditions to effectiveness of the Plan were satisfied or waived as provided in Article III.C. of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on, among others, the Debtors, all Holders of Claims and Equity Interests (irrespective of whether such Claims or Equity Interests are impaired under the Plan or whether the Holders of such Claims or Equity Interests voted to accept the Plan).

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building 50 Walnut Street, Newark, NJ 07102, or by accessing the Bankruptcy Court's website at http://www.njb.uscourts.gov.  Please note that a CM/ECF password and login are required to access documents on the Bankruptcy Court's website and there may be related charges to such access.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Plan Article II.C.1., each professional person requesting compensation in the case pursuant to Bankruptcy Code section 327, 328, 330, 331, 503(b) or 1103 shall file an application for allowance of final

4891-7372-7010, v. 1

compensation and reimbursement of expenses (the "Professional Fee Application") with the Bankruptcy Court not later than September 5, 2022 (the "Professional Fee Bar Date"). **Any Person who fails to timely file and serve their respective Professional Fee Application by the Professional Fee Bar Date shall not be paid.**

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Plan Article II.C.1., all requests for payment of Administrative Expenses (other than Professional Fee Applications) must be filed with the Bankruptcy Court and served so as to be actually received within fifteen (15) days following the date the Confirmation Order became a Final Order or on or before July 7, 2022 (the "Administrative Expense Bar Date"). **Any Person who fails to timely file and serve such a request for payment of an Administrative Expense by the Administrative Expense Bar Date shall not be paid.**

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Debtors and Debtors-in-Possession*

        By: /s/ Sari B. Placona
            Sari B. Placona

Dated: June 27, 2022